# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOLEON ZARACOTAS and CORINNE ZARACOTAS,<br><br>Plaintiffs,<br><br>vs.<br><br>AMGUARD INSURANCE COMPANY and DOES I through V, inclusive,<br><br>Defendants. | CASE NO. 4:22-cv-06156-DMR<br><br>**ORDER MODIFYING CASE MANAGEMENT AND PRETRIAL ORDER FOR JURY TRIAL**<br><br>[Local Civil Rules 6-2 & 7-12]<br><br>Complaint Filed: September 15, 2022<br>Case Removed: October 18, 2022<br>Trial Date: February 12, 2024 |

Pursuant to the Stipulation by Plaintiffs Timoleon Zaracotas and Corinne Zaracotas and Defendant AmGUARD Insurance Company to modify the Court's Case Management and Pretrial Order for Jury Trial dated February 15, 2023 (Dkt. 21) ("Scheduling Order"), and for good cause appearing,

IT IS HEREBY ORDERED that the following dates set forth in the Scheduling Order are vacated: (a) Non-expert Discovery Cutoff – September 12, 2023; (b) Initial Expert Witness Disclosures and Reports– September 12, 2023; (c) Rebuttal Expert Witness Disclosures and Reports– September 26, 2023; (d) Expert

1  Discovery Cutoff – October 10, 2023; and (e) Last day for hearing dispositive
2  motions – November 9, 2023.
3      IT IS FURTHER ORDERED that said vacated proceedings are hereby
4  continued to the following dates:
5  • Non-expert Discovery Cutoff – October 27, 2023;
6  • Initial Expert Witness Disclosures and Reports– October 27, 2023;
7  • Rebuttal Expert Witness Disclosures and Reports – November 17,
8    2023;
9  • Expert Discovery Cutoff – December 1, 2023; and
10 • Last day to hear Dispositive Motions – December 28, 2023.
11     All other dates set forth in the Scheduling Order remain on calendar.

Dated: September 6, 2023

By: _____
Hon. Donna M. Ryu
Chief Magistrate Judge

*IT IS SO ORDERED — Judge Donna M. Ryu — United States District Court, Northern District of California*

# PROOF OF SERVICE

I, Regina Macleod, declare:

I am employed in the County of Los Angeles, state of California. I am over the age of 18 and not a party to the within action; my business address is 1960 East Grand Avenue, Suite 400, El Segundo, California 90245.

On September 1, 2023, I served a copy of the following document:

**[PROPOSED] ORDER MODIFYING CASE MANAGEMENT AND PRETRIAL ORDER FOR JURY TRIAL**

By electronically filing the foregoing document with the Clerk of the United States District Court, Northern District of California, using its ECF system, which electronically notifies the persons on the attached service list at the email addresses registered with the ECF System.

I declare under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 1, 2023 at Hawthorne, California.

_____
Regina Macleod

## SERVICE LIST

Nick T. Reckas  
**LAW OFFICES OF NICK T. RECKAS**  
336 Bon Air Center, Box No. 296  
Greenbrae, California 94904  
Telephone:   (415) 464-0913  
Facsimile:   (415) 785-3222  
E-mail:   nreckaslaw@aol.com

*Attorneys for Plaintiffs,*  
  Timoleon Zaracotas; and,  
  Corinne Zaracotas