UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOLEON ZARACOTAS, et al., | Case No. 22-cv-06156-DMR |
| Plaintiffs, | |
| v. | **ORDER TO SHOW CAUSE** |
| AMGUARD INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to the Third Amended Case Management Scheduling Order, the joint pretrial statement, trial briefs, motions in limine, and other pretrial filings were due by September 20, 2024. [Docket No. 68.] Nothing has been filed. Accordingly, the parties are ordered to show cause why they should not be sanctioned for failing to comply with the Scheduling Order. By no later than 5:00 p.m. on September 23, 2024, the parties shall submit a joint status report explaining their failure to comply.

**IT IS SO ORDERED.**

Dated: September 23, 2024



Donna M. Ryu
Chief Magistrate Judge