WESTON & AGNESS LLP
Richard C. Weston (State Bar No. 126491)
Leo L. Ashley III (State Bar No. 197890)
1960 East Grand Avenue, Suite 400
El Segundo, California 90245
Telephone:   (213) 596-8000
Facsimile:   (213) 596-8039
E-mail:   rweston@westonagnesslaw.com
            lashley@westonagnesslaw.com

Attorneys for Defendant AmGUARD
INSURANCE COMPANY

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOLEON ZARACOTAS and CORINNE ZARACOTAS,<br><br>Plaintiffs,<br><br>vs.<br><br>AMGUARD INSURANCE COMPANY and DOES I through V, inclusive,<br><br>Defendants. | CASE NO. 4:22-cv-06156-DMR<br><br>**JOINT STATUS REPORT**<br><br>Complaint Filed: September 15, 2022<br>Case Removed:    October 18, 2022<br>Trial Date:           October 25, 2024 |

Plaintiffs Timoleon Zaracotas and Corinne Zaracotas (collectively "Plaintiffs") and Defendant AmGUARD Insurance Company ("AmGUARD") hereby submit this Joint Status Report pursuant to this Court's Order to Show Cause dated September 23, 2024 (Dkt. 69).

Plaintiffs and AmGUARD have reached a settlement herein.  The parties are in the process of finalizing their written settlement agreement, and intended to notify the Court about the settlement once the agreement is finalized.

/ / /

/ / /

/ / /

Pursuant to Civil L.R. 5-1(h)(3), the undersigned filer attests that all signatories concur in the filing's content and have authorized the filing with electronic signatures.

Date: September 23, 2024          LAW OFFICES OF NICK T. RECKAS

                                  By: s/ Nick T. Reckas
                                  Nick T. Reckas
                                  Attorneys for Plaintiffs
                                  TIMOLEON ZARACOTAS and
                                  CORINNE ZARACOTAS

Date: September 23, 2024          WESTON & AGNESS LLP

                                  By: s/ Leo L. Ashley III
                                  Richard C. Weston
                                  Leo L. Ashley III
                                  Attorneys for Defendant
                                  AmGUARD INSURANCE COMPANY

# PROOF OF SERVICE

I, Regina Macleod, declare:

I am employed in the County of Los Angeles, state of California. I am over the age of 18 and not a party to the within action; my business address is 1960 East Grand Avenue, Suite 400, El Segundo, California 90245.

On September 23, 2024, I served a copy of the following document:

**JOINT STATUS REPORT**

By electronically filing the foregoing document with the Clerk of the United States District Court, Northern District of California, using its ECF system, which electronically notifies the persons on the attached service list at the email addresses registered with the ECF System.

I declare under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 23, 2024 at Hawthorne, California.

_____
Regina Macleod

*Timoleon Zaracotas, et al. v. AmGUARD Insurance Company*
USDC-CAND, Case No. 4:22-cv-06156-DMR

## **SERVICE LIST**

| | |
|---|---|
| Nick T. Reckas<br>**LAW OFFICES OF NICK T. RECKAS**<br>336 Bon Air Center, Box No. 296<br>Greenbrae, California 94904<br>Telephone:   (415) 464-0913<br>Facsimile:    (415) 785-3222<br>E-mail:         nreckaslaw@aol.com | *Attorneys for Plaintiffs,*<br>Timoleon Zaracotas; and,<br>Corinne Zaracotas |

2

PROOF OF SERVICE